USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/22/2022_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CHROME HEARTS LLC,**

                        **Plaintiff,**

             **-against-**

**GNOCE JEWELRY INC., ET AL.,**

                        **Defendants.**

**22-cv-3321 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff commenced this action on April 22, 2022. ECF No. 1. On June 14, 2022, Plaintiff filed an amended complaint alleging, *inter alia*, trademark infringement and false designation of origin under the Lanham Trademark Act, 15 U.S.C. § 1051 et seq., against Defendants Gnoce Jewelry Inc., Gnoce Trading Co., Limited, Peng Lin, and Does 1-10. ECF No. 13. On October 5, 2022, the Court ordered plaintiff to show cause as to why this action should not be dismissed pursuant to Fed. R. Civ. P. 41(b). ECF No. 19. Plaintiff filed a response to the Court's Order on October 19, 2022. ECF No. 20. Following Plaintiff's response, Defendants' counsel filed a motion seeking admission *pro hac vice*, which the Court granted on December 1, 2022. ECF Nos 22-23.

      The parties are hereby **ORDERED** to submit a joint status report on the current status of this action by no later than **January 6, 2023**.

**SO ORDERED.**

Dated:   December 22, 2022
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**