```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHROME HEARTS LLC,

                                       Plaintiff,

                      -against-

GNOCE JEWELRY INC., et al.,

                                      Defendants.

-----------------------------------------------------------------X

**22-CV-3321 (ALC) (KHP)**

**ORDER SCHEDULING PRE-MOTION CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A Pre-Motion Conference in this matter is hereby scheduled for **Thursday, April 6, 2023 at 10:20 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:     New York, New York
                 March 24, 2023

                                                 _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge