**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

  CHROME HEARTS LLC,

                              Plaintiff,

             -against-

GNOCE JEWELRY INC., et al.,

                              Defendants.
-----------------------------------------------------------------X

**22-CV-3321 (ALC) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023

**KATHARINE H. PARKER, United States Magistrate Judge:**

Motion to dismiss by Defendant Lin due **April 14, 2023**. Opposition due **May 12, 2023**. Reply due **May 26, 2023**. If Defendant Lin elects not to file a motion to dismiss, the answer is due **April 14, 2023**.

       SO ORDERED.

DATED:     New York, New York
              April 6, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge