USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHROME HEARTS LLC,

                      Plaintiff,

            -against-

GNOCE JEWELRY INC., et al.,

                      Defendants.
-----------------------------------------------------------------X

**22-CV-3321 (ALC) (KHP)**

**ORDER ADJOURNING
SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on April 18, 2023 (doc. no 49) the Settlement Conference currently scheduled for **May 12, 2023** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
                April 19, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge